| Return | | |
|---|---|---|
| Case No.: H 16-1834M | Date and time warrant executed: 1/3/2017 @ 10:30am | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Cellebrite download conducted on phone at Houston RCFL on 1/3/2017.

United States Courts
Southern District of Texas
FILED

JAN 20 2017

David J. Bradley, Clerk of Court

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/11/2017

_____
Executing officer's signature

Jeffrey M. Coughlin, Special Agent
Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. **H 16-1834M**
AT&T Cellular Telephone )
Model #Z223 )
IMEI: 868899028158687 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Texas_____
*(identify the person or describe the property to be searched and give its location)*:

AT&T Cellular Telephone, Model #: Z223, IMEI #: 868899028158687, which is currently located at the FBI Field Office, 1 Justice Park Drive, Houston, Texas

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before _____1/13/17_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___12/30/16   1:55 PM___        ___Dena Palermo___
                                                            *Judge's signature*

City and state:   ___Houston, Texas___          ___Dena Hanovice Palermo, United States Magistrate Judge___
                                                       *Printed name and title*

# ATTACHMENT B

## INFORMATION TO BE SEIZED

1. Any photographs, video files, text or multimedia messages (SMS and MMS), call history or call logs, and contact information, including but not limited to phone numbers stored in the telephone contained with the black and slate colored AT&T, Model Z223, Cellular Telephone bearing IMEI: 868899028158687.

2. An and all communications previously received or transmitted, or prepared in contemplation of transmission, including electronic mail or data associated with electronic bulletin board systems, stored on any of the electronic media named above. All electronic communications, including those previously received or transmitted, or held in temporary, intermediate storage incident to transmission, documents, and materials, including those used to facilitate previously received, transmitted, or stored, or prepared in contemplation of transmission, including electronic mail or data associated with electronic bulletin board systems, whether stored on any of the electronic media named above or held in temporary, intermediate storage incident to transmission to the individuals or premises with the scope of this application.

3. Such electronic data in the form of electronic records, documents, and materials, including those used to facilitate communication.

4. "Hidden," erased, compressed, password-protected, or encrypted files.

5. Various file "directories" and the individual files they contain, recently deleted data; scanning storage area for deliberately hidden files.